UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                 Chapter 13

Irene Altagracia Carram                              Case No. 8-11-bk-05579-CPM

      Debtor
_____/


**TRUSTEE'S UNFAVORABLE RECOMMENDATION
AND OBJECTION(S) CONCERNING CONFIRMATION OF THE PLAN**

TO: Clerk, United States Bankruptcy Court

1. The Debtor's Petition for Relief to Chapter 13 was filed on March 28, 2011.

2. <u>Trustee's Recommendation to the Court</u>. The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reasons:

The Trustee is uncertain the Plan meets the best interest of creditors test; the Trustee has requested the following additional documents: valuation and mortgage payoff for all non-homestead property listed on Schedule A, and appraisal of all personal property and household goods. The Plan violates 11 U.S.C §1325(a)(4) in that it does not pay unsecured creditors the value of what they would receive in a case under Chapter 7. The Debtor has not listed the following property on **SCHEDULE B:** Nissan car. The Debtor's plan fails to provide for treatment of Nissan Motor Acceptance. An Amended Plan must be filed. The Debtor's Schedule F must be amended to: list amounts for all unsecured claims. The Debtor must provide complete copies of all tax returns to the Trustee's office no later than April 15th of each year for the preceding year's taxes and all tax refunds must be committed to the Plan for each year during the applicable Plan period, beginning with tax year 2011.

Dated this 20th day of May, 2011

                                                             /s/ Jon M. Waage
                                                             Jon M. Waage
                                                             Chapter 13 Standing Trustee
                                                             P.O. Box 25001
                                                             Bradenton, Florida 34206
                                                             Phone: (941) 747-4644
                                                             FAX:   (941) 750-9266

Copies:

Irene Altagracia Carram, 4228 Edenrock Place, Wesley Chapel, FL 33543
Thomas A. Nanna, P.A., Suite 1, 8910 N. Dale Mabry Hwy., Tampa, FL 33617

JMW/SKO/phl