

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/18/2012 01:35 PM

COURTROOM  8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:11-bk-05579-CPM | 13 | 03/28/2011 |

Chapter 13

**DEBTOR:**   Irene Carram

**DEBTOR ATTY:**   Thomas Nanna

**TRUSTEE:**   Jon Waage

**HEARING:**

Continued Confirmation Hearing

**APPEARANCES:**:
Jessie Molnar; Jon Waage; Kelly Ballard; Sarah Olsen;

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Confirmation Hearing...CONT TO 4/4/12 at 1:35 pm; LAST CONTINUANCE...ORDER BY WAAGE
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).
<b>This is not an official Order of the Court.</b>