# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

In re    IRENE ALTAGRACIA CARRAM    ,    Case No.    11-05579

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

| Specialized Loan Servicing LLC | Bank Of America, N.A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Specialized Loan Servicing LLC
8742 Lucent Blvd Suite 300
Highlands Ranch, CO 80129

Court Claim # (if known):    5
Amount of Claim:    145097.08
Date Claim Filed:    07/12/2011

Phone:    800-315-4757
Last Four Digits of Acct #:    6510

Phone:    800-669-5224
Last Four Digits of Acct. #:    7988

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ James Brad Cloud    Date:    2/2/2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

I, James Brad Cloud, hereby certify that a true and correct copy of the foregoing Notice to Transfer Claim pursuant to Bankruptcy Rule 3001(e) was served upon the following parties by first class mail, postage prepaid on or before this 14th day of February, 2012:

Debtors' Attorney
THOMAS A NANNA
THOMAS A NANNA PA
8910 N DALE MABRY HWY STE 1
TAMPA, FL 33614-1580
813-935-8388
thomasnanna@gmail.com

Debtors
IRENE ALTAGRACIA CARRAM
4228 EDENROCK PL
WESLEY CHAPEL, FL 33543-6926

Trustee
JON WAAGE
PO BOX 25001
BRADENTON, FL 34206-5001
941-747-4644

Case Number: 11-05579    /s/James Brad Cloud
James Brad Cloud

NOTICE TO TRANSFER CLAIM