IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

IN RE:                                    Case No. 8:11-bk-05579-CPM
                                          Chapter 13

**IRENE CARRAM**

    DEBTOR
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the AMENDED CHAPTER 13 PLAN has been furnished electronically and/or via regular mail to all creditors on the attached mailing matrix on the 27th of February, 2012.

/s/ Thomas A. Nanna
_____

**THOMAS A. NANNA, ESQ**
FLA. BAR NO. 45543
8910 N. DALE MABRY HWY., SUITE 1
TAMPA, FL 33614
PHONE (813) 935-8388

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
AMENDED CHAPTER 13 PLAN

Debtors: Irene Carram					Case No: 8:11-bk-05579-CPM

Amended Chapter 13 Plan

**1. MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor[1] to pay to the Trustee for the period of 60 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

A.   $100   for months   1   to   60   ;

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE: $3850.00 TOTAL PAID $1226.00**

Balance Due $2624.00			Payable Through Plan $90.00 Monthly

**3. PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

**Name of Creditor**						**Total Claim**
None_____

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

 **Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

**Name of Creditor**		**Collateral**	**Adequate Protection Pmt. in Plan**
None_____

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

(A)  **Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments Paid Through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Estimated Payment |
|---|---|---|
| None | | |

(B)  **Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Collateral | Arrearages |
|---|---|---|
| None | | |

(C)  **Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral |
|---|---|
| None | |

(D)  **Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Creditor | Collateral | Ad. Prot. Pmt. | Sec. Balance | Interest @ ____ % |
|---|---|---|---|---|
| None | | | | |

(E)  **Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

| Creditor | Collateral | Ad. Prot Pmt. in Plan | Value | Interest @ _____ % |
|---|---|---|---|---|
| None | | | | |

(F) **Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot. Pmt. in Plan | Arrearages |
|---|---|---|---|
| None | | | |

(G) **Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| Southeast Toyota/World Omni Financial Corp. | Toyota Corolla |

(H) **Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| BAC Home Loans-1st Mtg. | 4428 Eden Rock Pl.-Homestead |
| BAC Home Loans-2nd Mtg. | 4428 Eden Rock Pl.-Homestead |
| BAC Home Loans-3rd Mtg. | 4428 Eden Rock Pl.-Homestead |
| Mike Olsen, Tax Collector | 4428 Eden Rock Pl.-Homestead |
| BAC Home Loans | 12704 Orange Sunset Dr- Non-HS |
| Whispering Oaks of Tampa | 13762 Orange Sunset Dr- Non-HS |
| Doug Belden, Tax Collector | 13762 Orange Sunset Dr- Non-HS |
| Chase | 13762 Orange Sunset Dr- Non-HS |
| Whispering Oaks of Tampa | 13762 Orange Sunset Dr- Non-HS |
| Doug Belden, Tax Collector | 13762 Orange Sunset Dr- Non-HS |
| BAC Home Loans | 13762 Orange Sunset Dr- Non-HS |
| Chase | 17922 Villa Creek Dr- Non-HS |
| The Villas Condo Association | 17922 Villa Creek Dr- Non-HS |
| Doug Belden, Tax Collector | 17922 Villa Creek Dr- Non-HS |
| Chase | 22530 Gage Loop- Non-HS |
| Chelsea Meadows | 22530 Gage Loop- Non-HS |
| Mike Olsen, Tax Collector | 22530 Gage Loop- Non-HS |
| BAC Home Loans | 22701 Watersedge Blvd.- Non-HS |
| Rampart Properties | 22701 Watersedge Blvd.- Non-HS |
| Mike Olsen, Tax Collector | 22701 Watersedge Blvd.- Non-HS |

SECURED – LIENS TO BE AVOIDED/STRIPPED:

Name of Creditor          Collateral                          Estimated Amount
None

LEASES/EXECUTORY CONTRACTS:

Name of Creditor   Property   Assume/Reject-Surrender   Estimated Arrears
None

UNSECURED CREDITORS: Unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $0.00.

ADDITIONAL PROVISIONS:

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. Case Specific Provisions: None

/S/ IRENE CARRAM

IRENE CARRAM                                Dated: 2-21-12

4

Label Matrix for local noticing
113A-8
Case 8:11-bk-05579-CPM
Middle District of Florida
Tampa
Mon Feb 27 16:56:45 EST 2012

JPMorgan Chase Bank, N.A. successor by merge
Mail Code LA4-5555  700 Kansas Lane
Monroe, LA 71203

World Omni Financial Corp.
Tripp Scott PA
c/o Matthew H. Scott, Esq.
110 SE 6th Street
15 Floor
Fort Lauderdale, FL 33301

BAC Home Loans Servicing
c/o Shapiro, Fishman & Gache, LLP
Attn: Kevin L. Hing
4630 Woodland Corporate Blvd. Suite 100
Tampa, FL 33614-2429

Bank of America
PO Box 21846
Greensboro NC 27420-1846

Bank of America N.A.
Loss /Recovery
800 Market St
St. Louis MO 63101-2506
M01-800-06-14

Chase Home Finance, LLC
Shapiro, Fishman & Gache, LLP
Attn: Kevin L. Hing
4630 Woodland Corporate Blvd. Suite 100
Tampa, FL 33614-2429

Countrywide
PO Box 660694
Dallas TX 75266-0694

Deutsche Bank National Trust Company
c/o Reka Beane, Esquire
Ablitt
Scofield, P.C.
100 South Dixie Highway, Suite 200
West Palm Beach, FL 33401-5421

JP Morgan Chase
1111 Polaris Pkwy
Columbus OH 43240-2050

BAC Home Loans Servicing, LP FKA Countrywide
Shapiro, Fishman & Gache, LLP.
c/o Kevin L. Hing, Esq.
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL 33614-2429

JPMorgan Chase Bank, National Association
Shapiro, Fishman & Gache, LLP.
c/o Kenneth W. Lockwood, Esquire
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL 33614-2429

United States Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602-3860

BAC Home Loans Servicing, LP.
c/o Kevin L. Hing, Esquire
Shapiro, Fishman & Gache, LLP.
4630 Woodland Corporate Blvd. Suite 100
Tampa, FL 33614-2429

Bank of America
PO Box 25118
Tampa FL 33622-5118

Chase
900 Stewart Ave.
Garden City NY 11530-4891

Chelsea Meadows Condominium
Rampart Properties, Inc.
9887 Fourth Street N.
Ste: 301
Saint Petersburg FL 33702-8445

Countrywide
PO Box 961206
Fort Worth TX 76161-0206

Doug Belden
601 E. Kennedy Blvd.
Tampa FL 33602-4156

JPMorgan Chase Bank, National Association
c/o Kenneth W. Lockwood, Esquire
Shapiro, Fishman & Gache, LLP.
4630 Woodland Corporate Blvd. Suite 100
Tampa, FL 33614-2429

Chase Home Finance, LLC.
Shapiro, Fishman & Gache, LLP.
c/o Kevin L. Hing, Esq.
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL 33614-2429

Specialized Loan Servicing LLC
8742 Lucent Blvd Suite 300
Highlands Ranch, CO 80129-2386

BAC Home Loan Servicing LP
Bankruptcy Department
400 National Way, Mail Stop CA6-919-01-2
Simi Valley, California 93065-6414

Bank of America
100 South Charles St.
Baltimore MD 21201-2725

Bank of America N.A.
Bankruptcy Department
400 National Way, Mail stop CA6-919-01-2
Simi Valley, California 93065-6414

Chase
PO Box 78116
Phoenix AZ 85062-8116

Countrywide
7105 Corporate Drive
PTX B36
Plano TX 75024-4100

Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Leonard Mankin
28050 US 19 North, Ste. 100
Clearwater FL 33761-2600

| | | |
|---|---|---|
| Lexington Insurance Company<br>100 Summer Street<br>Boston MA 02110-2135 | Litton Loan<br>4828 Loop Central<br>Houston TX 77081-2166 | Marshall C. Watson, PA<br>1800 NW 49th St.<br>Ste. 120<br>Fort Lauderdale FL 33309-3092 |
| Mike Olson<br>P. O. Box 276<br>Dade City FL 33526-0276 | Mike Wells<br>PO Box 401<br>Dade City FL 33526-0401 | Nissan Motor Acceptance<br>PO Box 660366<br>Dallas TX 75266-0366 |
| Rampart Properties, Inc<br>10012 N. Dale Mabry<br>Ste. 102<br>Tampa FL 33618-4425 | Southeast Toyota<br>PO Box 991817<br>Mobile AL 36691-8817 | TRIPP SCOTT P.A.<br>110 SE 6TH Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 |
| The Villas Condominiums Ass.<br>2180 W. SR 434<br>Ste. 5000<br>Longwood FL 32779-5042 | The Villas Condominiums Ass.<br>P. O. Box 62823<br>Orlando FL 32862-8203 | Wells Fargo Bank, N.A.<br>POB 13765, R4057-01P<br>Roanoke, Va 24037-3765 |
| Whispering Oaks of Tampa C.<br>c/o Sterling Management<br>2870 Scherer Dr. # 100<br>Saint Petersburg FL 33716-1002 | World Omni Financial Corp.<br>Post Office Box 991817<br>Mobile, AL 36691-8817 | World Omni Financial Corp.<br>c/o Matthew H. Scott, Esq.<br>TRIPP SCOTT, PA<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 |
| Irene Altagracia Carram<br>4228 Edenrock Pl.<br>Wesley Chapel, FL 33543-6926 | Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 | Thomas A Nanna<br>Thomas A Nanna PA<br>8910 N Dale Mabry Hwy<br>Suite 1<br>Tampa, FL 33614-1580 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Deutsche Bank National Trust Company, As T | (d)Specialized Loan Servicing LLC<br>8742 Lucent Blvd Suite 300<br>Highlands Ranch, CO 80129-2386 | End of Label Matrix<br>Mailable recipients     47<br>Bypassed recipients      2<br>Total                   49 |